Vince M. Verde CA Bar No. 202472
vince.verde@ogletree.com
Nardo J. Catahan CA Bar No. 285741
nardo.catahan@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714-800-7900
Facsimile: 714-754-1298

Attorneys for American Addiction Centers, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| CAROLINE PARK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ADDICTION CENTERS, INC., a Nevada corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 8:20-cv-00524<br><br>**DEFENDANT AMERICAN ADDICTION CENTERS, INC.'S NOTICE OF LODGMENT OF STATE COURT DOCUMENTS**<br><br>**[28 U.S.C. §§ 1332, 1441, 1446]**<br><br>*[Filed concurrently with the Declarations of Brandee Baldwin and Nardo J. Catahan; Notice of Related Cases; Civil Case Cover Sheet; Corporate Disclosure Statement; and Certification of Interested Parties]*<br><br>Complaint Filed: January 24, 2020<br>Complaint Served: February 12, 2020<br><br>Trial Date:    None Set |

42172018_1.docx

Case No. 8:20-cv-00524
DEFENDANT AMERICAN ADDICTION CENTERS, INC.'S NOTICE OF LODGMENT OF STATE COURT DOCUMENTS

1 | Defendant AMERICAN ADDICTION CENTERS, INC. ("Defendant" or "AAC") hereby lodges the following state court documents:

   1. State court Complaint is as **Exhibit** "**A**."
   2. Defendant's Answer to Plaintiff's Complaint as **Exhibit** "**B**."
   3. Plaintiff's Proof of Service of Summons attached as **Exhibit** "**C**."

DATED: March 13, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Nardo J. Catahan
Vince M. Verde
Nardo J. Catahan

Attorneys for Defendant American Addiction Centers, Inc.

# PROOF OF SERVICE
*Caroline Park v. American Addiction Centers, Inc., et al.*
Case No. 8:20-cv-00524

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On March 13, 2020, I served the following document(s):

**DEFENDANT AMERICAN ADDICTION CENTERS, INC.'S NOTICE OF LODGMENT OF STATE COURT DOCUMENTS [28 U.S.C. §§ 1332, 1441, 1446]**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☒ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepa*id.*

☐ **BY MAIL:** I deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid at Park Tower, Fifteenth Floor, 695 Town Center Drive, Costa Mesa, CA 92626.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

☐ the written confirmation of counsel in this action:

42172018_1.docx

1
DEFENDANT AMERICAN ADDICTION CENTERS, INC.'S NOTICE OF LODGMENT OF STATE COURT DOCUMENTS

☐ [State Court motion, opposition, or reply only] Code of Civil Procedure section 1005(b):

☐ [Federal Court] the written confirmation of counsel in this action and order of the court:

☐ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 13, 2020, at San Diego, California.

*[signature]*
Pamela Blanton

**SERVICE LIST**
*Caroline Park v. American Addiction Centers, Inc., et al.*
Case No. 8:20-cv-00524

| | |
|---|---|
| Joshua Park, Esq.<br>LAW OFFICE OF JOSHUA PARK<br>2372 Morse Ave., Suite 150<br>Irvine, CA  92614<br>Tel:    714.202.6861<br>Fax:   714.475.3594<br>jpark@joshuaparklaw.com | Attorneys for Plaintiff<br>Caroline Park |

42172018.1

---

3
DEFENDANT AMERICAN ADDICTION CENTERS, INC.'S NOTICE OF LODGMENT OF STATE COURT DOCUMENTS

42172018_1.docx